Robert F. Hedrick
California State Bar No. 149068
Hedrick Law Firm P.S.
800 Fifth Avenue, Ste. 4000
Seattle, WA 98104
Phone: 206-464-1166
Fax:  206-464-1811

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI LYNN VOSBURG, Widower, Individually, And As Successor in Interest of and on Behalf of the Estate of DENNIS DAVIS, deceased, <br><br> Plaintiff, <br> vs. <br> UNITED STATES, <br><br> Defendant. | CIV. NO. 2:09-CV-01121-MCE-JFM <br><br> JUDGE: Morrison C. England, Jr. <br><br><br> CONSOLIDATED WITH <br><br> 09-CV-01833 MCE-JFM |
| STACIE WYATT, TRACIE L. BRISTER, <br><br> Plaintiffs, <br> vs. <br> UNITED STATES <br> Defendant | |

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to FRCP rule 41, the parties hereby stipulate that this case is dismissed with prejudice, and that each party shall bear their own costs, expenses, and attorneys' fees.

Stipulation and Order of Dismissal- 1

1  Dated this 28th day of February, 2011.

2  For Plaintiff Vosburg,

3

4

5  By:     _/s/_Robert F. Hedrick_____
         Robert F. Hedrick, WSBA #26931
6        Attorney for Plaintiff Vosburg
         Hedrick Law Firm P.S.
7        800 Fifth Avenue, Ste. 4000
         Seattle, WA 98104
8        hedrick@air-law.com
         (206) 464-1177
9

10

11 Dated this 28th day of February, 2011.

12 For Plaintiffs Wyatt and Brister,

13

14 By:     _/s/ Stuart R. Fraenkel_____
         Stuart R. Fraenkel
15       Attorney for Plaintiffs Wyatt and Brister
         Kreindler & Kreindler LLP
16       707 Wilshire Blvd., Ste 4100
         Los Angeles, CA 90017
17       (213) 622-6469
         sfraenkel@kreindler.com
18

19

20

21 Dated this 28th day of February, 2011.

22 For Defendant United States,

23 By:     __/s/ Debra D. Fowler_____
         Debra D. Fowler
24       Senior Aviation Counsel
         U.S. Dept. Justice
25       PO Box 14271
         Washington, D.C.  20044
26       202 616-4025
         Debra.Fowler@usdoj.gov
27

28

Stipulation and Order of Dismissal- 2

1
2
**ORDER**
3
   Based upon the foregoing stipulation of the parties, it is hereby ORDERED that this case
4
is dismissed with prejudice, and that each party shall bear their own costs, expenses, and
5
attorneys' fees.  The Clerk of Court is hereby directed to close the file.
6
DATE:  March 7, 2011
7
8
_____
9
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order of Dismissal- 3